JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, <br><br> Plaintiff, <br><br> v. <br><br> NEW AVON, LLC, a Delaware limited <br> liability company; and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 2:17-cv-09023-AB-AS <br><br> **[PROPOSED] ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action Without Prejudice filed by Plaintiff Perla Mageno ("Plaintiff") and New Avon, LLC, the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 5, 2018

_____
HON. ANDRÉ BIROTTE JR.
United States District Court Judge

1
[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE